JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-5353 RBL |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE |
| vs. | ) ) | TRIAL DATE |
| TIMOTHY DUQUETTE, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date, the affidavit of defense counsel, and the records and files herein, the Court hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary to complete discovery and for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure effective trial preparation and to complete the discovery process, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from October 16, 2006, to January 2, 2007 at 9:00 a.m..

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Timothy Duquette;* #06-5353L)            1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1     IT IS FURTHER ORDERED that the period of time from the current trial date of October 16, 2006, up to and including the new proposed trial date of January 2, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. Pretrial Motions cutoff shall be extended to November 14, 2006.

IT IS SO ORDERED this 11th day of October, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Robert H. Gombiner
WSBA # 16059
Attorney for Timothy Duquette
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:       (206) 553-0120
robert_gombiner@fd.org

s/ Susan Dohrmann
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
(*Timothy Duquette;* #06-5353L)

2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100